FILED
2026 Jun-10 PM 02:15
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ALABAMA**
**WESTERN DIVISION**

**RAYAN SERVULO ALVES DE SOUSA,**
Petitioner,

**v.**

**FIELD OFFICE DIRECTOR MELISSA B. HARPER, et al.,**
Respondents.

**Case No. 7:26-cv-814-CLM-NAD**

# ORDER OF DISMISSAL

On May 14, 2026, the Clerk's Office docketed a petition for writ of habeas corpus (doc. 1) and motion for temporary restraining order (doc. 2) filed on behalf of Petitioner Rayan Servulo Alves de Sousa. Though the petition stated that Alves de Sousa was being housed at the Pickens County Jail the petition was mailed to the Clerk's Office from a UPS store in Newark, New Jersey and obviously drafted by someone other than Alves de Sousa. (*See* Doc. 6, p. 2). So the court denied the motion for temporary restraining order and ordered Alves de Sousa or whoever filed this action on his behalf to show cause why the court should not dismiss this case for lack of Article III standing. (*Id.*, p. 3). That order was sent both to the New Jersey UPS store and Pickens County Jail.

The initial deadline to respond to the court's order to show cause was May 26, 2026. (*See id.*). But on May 19, 2026, Respondents told the court that Alves de Sousa had been transferred to Winn Correctional Center in Winnfield, Louisiana. (Doc. 7). So the court directed the Clerk of Court to send the order to show cause to Alves de Sousa in Louisiana and extended the deadline for responding to the show cause order to June 2, 2026. (Doc. 8). The court warned Alves de Sousa that "[f]ailure to respond to the court's order by this deadline will likely result in dismissal of this case without further notice." (*Id.*).

The deadline to respond to the court's order has passed, and neither Alves de Sousa nor anyone else has responded to the court's order.[1] As a result, the court **DISMISSES** this case **WITHOUT PREJUDICE** for failure to (1) establish Article III standing, or (2) prosecute the claims brought in this habeas petition, *see* Fed. R. Civ. P. 41(b).

The court **DIRECTS** the Clerk of Court to close this case.

The court further **DIRECTS** the Clerk to send a copy of this order to Alves de Sousa at his address of record.

**Done** and **Ordered** on June 10, 2026.

**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE

[1] The postal service returned as undeliverable the order to show cause sent to Pickens County Jail. (Doc. 9). But the copy of the order to show cause sent to Alves de Sousa at Winn Correctional Center has not been returned as undeliverable.